THE TOWN OF ENTERPRISE ET AL., APPELLANTS, VS. THE STATE EX REL., THE ATTORNEY-GENERAL, APPELLEE.

Under Supreme Court Rule 17 a motion by appellee to dismiss an appeal for failure of appellant to file a transcript of the record with the Clerk of the Supreme Court on or before the first day of the term to which the appeal is returnable, cannot be granted at such term unless notice of such motion has been served on the appellant or his attorney.

Appeal from the Circuit Court for Volusia county

Motion to dismiss.

The facts of the case are stated in the opinion.

*Frank W. Pope* for the motion.

*John W. Price, contra.*

MR. JUSTICE RANEY delivered the opinion of the court:

This is a motion to dismiss the appeal on account of the failure of appellants to file the transcript of the record on or before " the first day of the next succeeding term." As the present term is the first term "after the appeal," and no notice of this motion appears to have been served on the opposite parties or their attorney, as required by Supreme Court Rule 17, the motion cannot be granted, but will be denied without prejudice to a motion on proper notice.

It will be so ordered.